THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Kendell Herring, Appellant.
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-053
 Submitted January 2, 2009  Filed January
15, 2009

AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor J.
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Kendell Herring appeals his conviction
 and sentence for assault and battery with intent to kill, arguing the trial
 judge erred in denying his motion for a directed verdict because there was a
 variance between the States evidence and the indictment.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Rule 208(b)(1)(B), SCACR (Ordinarily, no point will
 be considered which does not set forth in the statement of issues on appeal.);
 S.C. Code Ann. § 17-19-100 (2003) (stating that after an amendment to an
 indictment, the trial shall proceed in all respects and with the same
 consequences as if the indictment had originally been returned as so amended); Ex parte Morris, 367 S.C. 56, 65, 624 S.E.2d 649, 653-54 (2006) (stating
 an unappealed ruling is the law of the case).  
AFFIRMED.
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.